# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **JOE HAND PROMOTIONS, INC.,** ) | |
| Joe Hand, ) | |
| ) | |
| v. ) | CIVIL ACTION: 1:21-00281-KD-B |
| ) | |
| **ANTHONY JACKSON, d/b/a HALF TIME** ) | |
| **SPORTS BAR AND GRILL,** ) | |
| Defendant. ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is **ORDERED, ADJUDGED**, and **DECREED,** that a Default Judgment in the amount of **$15,967.00** is entered in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendant Anthony Jackson.

**DONE** and **ORDERED** this the **4th** day of **August 2022.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**